| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Tatel, David S. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>05/9/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Director | Carnegie Foundation for the Advancement of Teaching |
| 2.  Director | Historical Society for the District of Columbia Circuit |
| 3.  Director | Equal Justice Works |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Tatel , David S.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Equal Justice Works, Washington, D.C. | 2/18-2/19/10 | Berkeley, CA | Board meeting | Airfare, lodging, rental car, meals, local transportation |
| 2. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 3/11-3/12/10 | Stanford, CA | Executive Committee meetings | Airfare, rental car, meals, local transportation |
| 3. | University of Michigan Law School, Ann Arbor, MI | 4/7/10 | Ann Arbor, MI | Participate in Moot Court Competition | Airfare, parking, local transportation |
| 4. | The National Academies, Washington, D.C. | 5/17/10 | Washington, D.C. | Committee meetings | Local transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 7/15-7/16/10 | Stanford, CA | Board meeting | Airfare |
| 6. | Spencer Foundation, Chicago, IL | 10/27/10 | Chicago, IL | Attend Lecture | Airfare, meals, local transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One Bank (formerly known as Chevy Chase Bank) acct | | None | J | T | | | | | |
| 2. ING Bank-savings acc | A | Interest | J | T | | | | | |
| 3. ING Bank-checking acct. | | None | J | T | | | | | |
| 4. Starbucks Corp. | A | Dividend | L | T | | | | | |
| 5. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 6. Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 7. Avalonbay Communities | B | Dividend | L | T | | | | | |
| 8. ISHARES Russell 2000 | A | Dividend | | | Sold | 07/15/10 | K | D | |
| 9. Nexen Inc. | A | Dividend | K | T | Sold (part) | 07/15/10 | K | D | |
| 10. Suncor Energy Inc. | A | Dividend | K | T | | | | | |
| 11. Encana Corp. | A | Dividend | J | T | | | | | |
| 12. SEI Daily Income TR Govt Port Cl B | A | Dividend | K | T | | | | | |
| 13. Newport News, VA 5% due 11/1/15 | B | Interest | L | T | | | | | |
| 14. Wisconsin St 4.75% due 5/1/25 | B | Interest | L | T | | | | | |
| 15. Spring, TX Indpt Sch 5% due 8/15/33 | B | Interest | K | T | | | | | |
| 16. Cenovus Energy Inc. | A | Dividend | J | T | | | | | |
| 17. Vanguard Short Term Fed Adm | B | Dividend | K | T | Buy | 01/25/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -See Line 17 | | | | | Sold (part) | 11/18/10 | K | A | |
| 19. U.S. Treasury Bill 0% due 2/24/11 | | None | K | T | Buy | 08/31/10 | K | | |
| 20. Simplified Employee Pension Plan (SEP-IRA) | C | Int./Div. | M | T | | | | | |
| 21. --SEI Daily Income TR Govt Port Cl B | | | | | | | | | |
| 22. --Canadian Oil Sands Trust | | | | | | | | | |
| 23. --Commercial Bank GA CD 4.05% due 4/28/10 | | | | | Matured | 04/28/10 | K | A | |
| 24. --Georgia Bank & Trust CD 1.65% due 1/22/10 | | | | | Matured | 01/22/10 | K | A | |
| 25. --SPDR S&P 500 ETF Trust | | | | | | | | | |
| 26. --Bank Commonwealth Norfolk VA CD 1.8% due 8/13/10 | | | | | Matured | 08/13/10 | K | A | |
| 27. --Vanguard Wellington- Admiral | | | | | Buy | 07/15/10 | K | | |
| 28. --Vanguard Short Term Fed Admiral | | | | | Buy | 01/25/10 | K | | |
| 29. --SPDR Wells Fargo Preferred Stock ETF | | | | | Buy | 05/06/10 | K | | |
| 30. --See Line 29 | | | | | Sold | 07/14/10 | K | A | |
| 31. Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 32. --Ishares MSCI Canada Index Fund, Inc. | | | | | | | | | |
| 33. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |
| 34. --Weingarten Realty Investors Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CISCO Systems, Inc. | | | | | | | | | |
| 36. --SEI Daily Income TR Govt Portfolio Cl B | | | | | | | | | |
| 37. --SAP Aktiengesellschaft Spns ADR | | | | | Sold | 03/02/10 | J | A | |
| 38. --Homestreet Bank CD 4.05% due 2/12/10 | | | | | Matured | 02/12/10 | M | A | |
| 39. --BMW Bank NA UT CD 3.95% due 4/1/10 | | | | | Matured | 04/01/10 | M | A | |
| 40. --Investors Cmnty CD 3.75% due 5/24/10 | | | | | Matured | 05/24/10 | M | A | |
| 41. --U.S. Treasury TIPS 2% due 1/15/26 | | | | | | | | | |
| 42. --Vanguard S/T Investment Grade Fd | | | | | | | | | |
| 43. --Charter Bank Santa Fe CD 1.85% due 8/18/10 | | | | | Matured | 01/22/10 | M | A | |
| 44. --SPDR S&P 500 ETF Trust | | | | | | | | | |
| 45. --Nestle SA Spons ADRs | | | | | | | | | |
| 46. --Coca Cola Co. | | | | | | | | | |
| 47. --McDonalds Corp. | | | | | | | | | |
| 48. --Vanguard Inter Term Corporate Bond Fd | | | | | | | | | |
| 49. --Bank of America CD .9% due 9/2/10 | | | | | Matured | 09/02/10 | M | A | |
| 50. --T. Rowe Price New Asia Fund #39 | | | | | Buy (add'l) | 10/13/10 | K | | |
| 51. --Wright Express Financial Services CD .6% due 10/15/10 | | | | | Matured | 10/15/10 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Pepsico Inc. | | | | | Buy (add'l) | 04/14/10 | J | | |
| 53.  --Walmart Stores Inc. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 54.  --See Line 53 | | | | | Buy (add'l) | 12/28/10 | J | | |
| 55.  --Gold Coast Bank CD 1% due 4/11/11 | | | | | | | | | |
| 56.  --GE Money Bank CD .6% due 12/30/10 | | | | | Matured | 12/30/10 | M | A | |
| 57.  --IBM Corporation | | | | | Buy | 04/14/10 | K | | |
| 58.  --See Line 57 | | | | | Buy (add'l) | 07/14/10 | K | | |
| 59.  --Intel Corporation | | | | | Buy | 04/14/10 | K | | |
| 60.  --Vanguard Wellington Admiral | | | | | Buy | 03/03/10 | L | | |
| 61.  --See Line 60 | | | | | Buy (add'l) | 10/14/10 | K | | |
| 62.  --Vanguard Short Term Federal Admiral | | | | | Buy | 02/11/10 | M | | |
| 63.  --Beal Bank CD .45% due 3/9/11 | | | | | Buy | 03/03/10 | M | | |
| 64.  --U.S. Treasury Bill 0% due 1/20/11 | | | | | Buy | 07/21/10 | M | | |
| 65.  --U.S. Treasury Bill 0% due 4/14/11 | | | | | Buy | 10/19/10 | N | | |
| 66.  --U.S. Treasury Bill 0% due 6/16/11 | | | | | Buy | 12/29/10 | M | | |
| 67.  --FHLB V-A 2% due 5/18/16 | | | | | Buy | 05/03/10 | M | | |
| 68.  Life Insurance- Massachusetts Mutual Life Insurance | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |
| 70. Rental property, Montgomery County, MD ($1,445,690) | D | Rent | P1 | S | | | | | |
| 71. Maryland College Investment Plan (no control) | | None | L | T | Buy | 12/01/10 | J | | |
| 72. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 73. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 74. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 75. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 76. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 77. -See Line 71 | | | | | Buy | 12/01/10 | J | | |
| 78. USAA Bank accounts | A | Int./Div. | J | T | Open | 09/03/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) . | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 70- Reporter leased his ░░░░░░░░ for 2 1/2 months during the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/9/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David S. Tatel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544